

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

May 1, 2014

**BY ECF**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

          Re:    *Bickel & Brewer v. United States Department of Health and Human Services, et al.*, 14 Civ. 2278 (GHW)

Dear Judge Woods:

      I write on behalf of the Defendants in the above-captioned matter respectfully to request a one week extension of time to answer the complaint until May 14, 2014. The complaint was served upon the Government on April 7, 2014, and thus the Government's answer is presently due on May 7, 2014. I was recently assigned to this matter, and request this extension so that I may become familiar with the facts in order to answer the complaint. In addition, due to multiple depositions and travel in another matter (including two depositions in California this week), I have been unable to fully review the information provided by the defendant agencies relevant to this matter. Accordingly, the Government requests until May 14, 2014 to answer the complaint. This is the Government's first request for an extension of time to answer the complaint in this matter. Plaintiff's counsel consents to this request.

      Thank you for considering the Government's request.

                                    Respectfully,

                                    PREET BHARARA
                                  United States Attorney

                    By:     */s/ James Nicholas Boeving*
                          JAMES NICHOLAS BOEVING
                          Assistant United States Attorney
                          86 Chambers Street, 3rd Floor
                          New York, New York 10007
                          Tel.:   (212) 637-2748
                          Fax:   (212) 637-2686

Cc: <u>By Electronic Mail</u>
Stephanie L. Gase, Esq.
Email: szg@bickelbrewer.com

Kaleb McNeely, Esq.
Email: kxm@bickelbrewer.com

William Andrew Brewer, Esq.
Email: wab@bickelbrewer.com
*Counsel for Plaintiff*